IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | CASE NO: 1:16-CR-00041-01 |
| V | JUDGE SARA LIOI |
| WALTER J. WALKER III<br>Petitioner | |

**FILED**

10:07 am Nov 04 2019

Clerk U.S. District Court
Northern District of Ohio
Akron

MOTION FOR RECOMMENDATION FOR
RESIDENTIAL REENTRY CENTER PLACEMENT

Comes now, Walter J. Walker III, the Petitioner, Pro-Se, and respectfully moves this Honorable Court to recommend 10 months to 12 months placement in a residential reentry center pursuant to The Second Chance Act, 18 U.S.C. § 3624(C).

On October 10, 2019, Petitioner meet with Unit FA Case Manager R. Ranalli at the FCI Elkton. Mr. Ranalli advised Petitioner that my projected release date is July 13, 2021. Mr. Ranalli advised that he would recommend placement in RRC for 6 months, unless Petitioner received a recommendation from this Court for placement for 10 to 12 months.

Petitioner understands there is no right to RRC placement or a recommendation from this Court. I understand that the Bureau of Prisons decides on a case by case basis using the following five factors set forth in 18 U.S.C. § 3621(b):

1)  The resources of the facility contemplated;
2)  The nature and circumstances of the offense;
3)  The history and characteristics of the prisoner;
4)  Any statement by the Court that imposed the sentence; and
5)  Any pertinent policy statement issued by the sentencing commission.

See U.S. v. Arshawn Kenard Hall, No. 2:17-CR-20331-TGB, United States v. Ahmed, No. 1:07-CR-00647, 2017 U.S. Dist. LEXIS 18276, 2017 WL 5166427, at (N.D. Ohio Nov. 8, 2017).

Petitioner asks this Court to consider the recommendation based on my class programs, my strong family ties, and my determination to never return to the life of crime. After losing all this time with my children, I have learned that no amount of money is worth committing crimes.

Petitioner plans to use the extra RRC placement time to attend my youngest sons Freedom Walker's High School graduation. To attend Cuyahuge Community College to further my studies in business, and re-establish life with my other children, Kalla Walker 21, and Kamaree Walker 18. Having found a legitimate Job while incarcerated, Petitioner will become a tax paying citizen working for Thomas Nhan, owner of Jacqueline & Co. located at 7850 Mentor Ave., Mentor, OH 44060. Mr. Nhan can be reached at (216) 224-1346 or (440) 974-8880.

Petitioner's release plans are simple. Work, take care of family, and build a better life for myself and never return to prison again. Included with this motion is Exhibit A, all documents needed for this Court to make a recommendation on my behalf.

Wherefore, based on the above, Walker J. Walker III urges this Honorable Court to grant him a 10 to 12 month recommendation for RRC placement.

Respectfully submitted on this the 28th day of October, 2019.

Walter J. Walker III
Petitioner, Pro-Se

CERTIFICATE OF SERVICES

I hereby certify that the foregoing instrument is a true and correct copy and the same was delivered to the prison officials for legal mailing through the internal mail system and was addressed to the parties listed below on this the 28th day of October, 2019.

United States Attorney's Office
801 W. Superior Ave.
Cleveland, OH 44113-1830
United States

_____
Walter J. Walker III

I certify that the foregoing is a true and correct copy under the penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on this the 28th day of October, 2019.

_____
Walter J. Walker III